# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Case No. 13-05179-dd |
| Stancel E. Kirkland, Sr., | Chapter 7 |
| Debtor. | |

## AMENDMENT COVER SHEET

The following items have been amended in the above-named bankruptcy proceeding:

- Summary of Schedules

- Schedule F is amended to (a) add two new creditors (VFC Partners 10, LLC and Anant Raut); (b) correctly identify the attorney for creditor Buckfield Plantation and Hollingsworth Funds, Inc.; and (c) to correct the addresses for Margaret Godley and SCB&T.

### Declaration of Debtor

I declare under penalty of perjury that the information set forth in the amendment attached hereto is true and correct to the best of my information and belief.

*[Signature: Stancel E. Kirkland Sr.]*

Stancel E. Kirkland, Sr.
Debtor

September 18, 2013

B6F (Official Form 6F) (12/07)

In re **Stancel E Kirkland, Sr.**            Case No. **13-05179-dd**

                          Debtor                                                  **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adams and Reese, LLC**<br>**P.O. Box 2285**<br>**Columbia, SC  29202** | | | **Legal fees** | | | | **2,046.00** |
| ACCOUNT NO.<br>**Ameris Bank**<br>**1333 Main Street, Suite 200**<br>**Columbia, SC  29201** | | | **Confession of Judgment (funds provided to Bull Point, LLC)** | | | | **25,000.00** |
| ACCOUNT NO.<br>**Anant Raut, Personal Rep. of**<br>**Estate of Dr. Premanand S. Raut**<br>**1208 N. Danville Street**<br>**Arlington, VA  22201** | | | **Notice only** | | | | **0.00** |
| ACCOUNT NO.<br>**Automatic Cash, LLC**<br>**Attn. Jerry Eddins**<br>**2018 Charleston Hwy.**<br>**Cayce, SC  29033** | | | | | | | **291,201.11** |
| ACCOUNT NO.<br>**Bank of America**<br>**c/o Hamilton Osborn, Esq.**<br>**Haynesworth, Sinkler & Boyd, PA**<br>**1201 Main St., 22nd Floor**<br>**Columbia, SC  29201** | | | **Home at 10 Governor Blake Court, Beaufort, SC, in  name of Debtor's wife only. In foreclosure. Debtor is on mortgage.** | | | | **770,000.00** |

    <u>5</u>  Continuation sheets attached

                        Subtotal ➢ $ **1,088,247.11**

                        Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stancel E Kirkland, Sr.** Case No. **13-05179-dd**
Debtor    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0259**<br>**Bank of America**<br>**P.O. Box 26012**<br>**Greensboro, NC  27420** | | | **Deficiency on surrendered Mercedes Benz R350.**<br>**(Interoffice NC 41050259)** | | | | **3,400.00** |
| ACCOUNT NO.<br>**Beaufort County Treasurer**<br>**P.O. Drawer 487**<br>**Beaufort, SC  29901** | | | **2012 real estate taxes (Huspah Group, LLC)** | | | | **2,925.00** |
| ACCOUNT NO.<br>**Branch Banking and Trust Co.**<br>**309 Columbia Ave.**<br>**Lexington, SC 29072-2664** | | | **Business Loan (debtor, his wife, and 4 other guarantors)** | | | | **425,000.00** |
| ACCOUNT NO.<br>**Branch Banking and Trust Co.**<br>**309 Columbia Avenue**<br>**Lexington, SC  29072-2664** | | | **Business Loan (debtor, his wife, and 4 other guarantors)** | | | | **100,000.00** |
| ACCOUNT NO.<br>**Buckfield Plantation and Hollingsworth Funds, Inc.**<br>**c/o Smith, Moore, Leatherwood, LLP**<br>**500 E. McBee Ave., Suite 500**<br>**Greenville, SC  29601** | | | **Confession of Judgment in the matter of Buckfield Plantation, LLC and Hollingsworth Funds, Inc. v. Bindon Plantation, et al., 2010-CP-07-3598, Court of Common Pleas, Beaufort County** | | | | **128,100.00** |

5    Continuation sheets attached

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **659,425.00**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stancel E Kirkland, Sr.**        Case No. **13-05179-dd**
                Debtor                         **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Bull Point Property Owners Assoc.** <br>**114 Barnaby Bluff** <br>**Seabrook, SC 29940** | | | **POA annual fees for Lot 47, Bull Point (foreclosed)** | | | | **4,000.00** |
| ACCOUNT NO. **2070** <br>**Chase Card Member Services** <br>**P.O. Box 15153** <br>**Wilmington, DE 19886-5153** | | | **Business Credit Card** | | | | **19,624.00** |
| ACCOUNT NO. <br>**Coastal States Bank** <br>**P.O. Box 8047** <br>**Hilton Head Island, SC 29938** | | | **Confession of Judgment** | | | | **90,169.00** |
| ACCOUNT NO. <br>**Congaree State Bank** <br>**1201 Knox Abbott Drive** <br>**Cayce, SC 29033** | | | **Deficiency Judgment in the matter of Congaree State Bank v. GSK, LLC, et al.** | | | | **10,035.00** |
| ACCOUNT NO. <br>**Enterprise Bank of SC** <br>**c/o Nelson Mullins Riley & Scarboro** <br>**P.O. Box 11070** <br>**Columbia, SC 29211** | | | **Judgment in the matter of Enterprise Bank of SC v. Colleton Properties, et al., 2012-CP-15-471, Court of Common Pleas, Colleton County** | | | | **4,031,356.00** |

      _5_ Continuation sheets attached

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal ➢ $ **4,155,184.00**

                        Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stancel E Kirkland, Sr.**          Case No. **13-05179-dd**

            **Debtor**          **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3001** <br> **Equilease Financial Services, Inc.** <br> **50 Washington St., 10th Floor** <br> **S. Norwalk, CT 06854** | | | **Deficiency from repossessed equipment leased by Combahee River Preserve (debtor was guarantor)** | | | | **114,042.00** |
| ACCOUNT NO. **1568** <br> **First Federal Bank** <br> **P.O. Box 4008** <br> **Charleston, SC 29423-0008** | | | **Home at 2421 Owl Circle, W. Columbia, SC. Home in Debtor's wife name only. Debtor is on mortgage. Value of home approx. $215,000.** | | | | **212,000.00** |
| ACCOUNT NO. <br> **German American Capital Corp.** <br> **c/o Julio E. Mendoza, Esq.** <br> **P.O. Drawer 2426** <br> **Columbia, SC 29202** | | | **Judgment in the matter of German American Capital Corp. v. Raut, et al., 2012-CP-07-04048** | | | | **1,653,071.00** |
| ACCOUNT NO. <br> **Godley, Margaret K.** <br> **30 Summit Place** <br> **Columbia, SC 29204-2401** | | | **personal loan** | | | | **35,000.00** |
| ACCOUNT NO. <br> **Greenbrier Financial Services** <br> **c/o Carroll McGee** <br> **560 Meeting Street** <br> **West Columbia, SC 29169** | | | **personal loan** | | | | **5,000.00** |

          <u>5</u>   Continuation sheets attached

Sheet no. <u>3</u> of <u>5</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal ➢ $ **2,019,113.00**

        Total ➢ $

(Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stancel E Kirkland, Sr.**        Case No. **13-05179-dd**

**Debtor**        **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Loadholt, Miles, Esq.**<br>**P.O. Box 365**<br>**Barnwell, SC  29812** | | | **Notice only. Co-defendant in Enterprise Bank v. Colleton Properties, 2012-CP-15-471, Court of Common Pleas, Colleton County** | | | | **0.00** |
| ACCOUNT NO.<br>**MF South Carolina 1, LLC**<br>**c/o Clawson and Staubes, LLC**<br>**126 Seven Farms Dr., Ste. 200**<br>**Charleston** | | | **related to foreclosure of Lot 47, Bull Point, limited to $5,000 as to debtor's wife.** | | | | **210,681.88** |
| ACCOUNT NO.<br>**Robinson, Ralph C, Jr., Esq.**<br>**Callison, Tighe & Robinson**<br>**P.O. Box 1390**<br>**Columbia, SC  29202** | | | **legal fees** | | | | **4,500.00** |
| ACCOUNT NO.<br>**Roof and Williams, P.A., CPA**<br>**1148 Silstar Road**<br>**West Columbia, SC  29170** | | | **Accounting fees (numerous companies)** | | | | **10,000.00** |
| ACCOUNT NO.<br>**SC Bank and Trust, NA**<br>**520 Gervais Street**<br>**Columbia, SC  29201** | | | **Deficiency judgment in the matter of SCB&T v. Shealy Estates and Stancel Kirkland, 2010-CP-07-1768, Court of Common Pleas, Beaufort County** | | | | **219,930.00** |

        5    Continuation sheets attached

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **445,111.88**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stancel E Kirkland, Sr.**        Case No. **13-05179-dd**

Debtor        **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **VFC Partners 10, LLC** <br> **c/o William T. Dawson, Esq.** <br> **P.O. Box 999** <br> **Charleston, SC  29402** | | | **Deficiency Judgment arising from VFC Partners 10, LLC v. Egret Island Partnership (debtor signed guarantee)** | | | | **104,107.67** |
| ACCOUNT NO. <br> **Wolfson, Robert L.** <br> **166 Bull Point Drive** <br> **Seabrook, SC  29940** | | | **Protection counter claim vs. Kirkland in lawsuit and any causes of legal action by Wolfson arising out of business dealings with Wolfson** | | | | **0.00** |

     <u>5</u>  Continuation sheets attached

Sheet no. <u>5</u> of <u>5</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **104,107.67**

Total ➢ $ **8,471,188.66**

(Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of South Carolina

In re **Stancel E Kirkland, Sr.**, Debtor

Case No. **13-05179-dd**

Chapter **7**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 45,000.00 | | |
| B - Personal Property | YES | 4 | $ 4,725.74 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 41,870.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 8,471,188.66 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,858.50 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 8,225.58 |
| TOTAL | | 20 | $ 49,725.74 | $ 8,513,058.66 | |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Stancel E. Kirkland, Sr.,<br><br>Debtor. | Case No. 13-05179-dd<br><br>Chapter 7 |

CERTIFICATE OF SERVICE

The undersigned, Elke Watkins, hereby states that she mailed a copy of the § 341 Notice to creditors which have been added by amendment, or whose addresses have been corrected, as follows:

VFC Partners 10, LLC
c/o William T. Dawson, Esq.
P.O. Box 999
Charleston, SC  29402

Anant Raut, Personal Representative
Estate of Dr. Premanand S. Raut
1208 N. Danville Street
Arlington, VA  22201

Margaret K. Godley
30 Summit Place
Columbia, SC  29204-2401

SC Bank and Trust, NA
520 Gervais Street
Columbia, SC  29201

by placing same in the United States Post Office, postage prepaid, on September 18, 2013.

                                                      */s/ Elke Watkins*
                                                  Elke Watkins, Bankruptcy Paralegal
                                                  Anderson & Associates, P.A.
                                                  P. O. Box 76
                                                  Columbia, SC  29202
                                                  (803) 252-8600