UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re  Stancel E Kirkland, Sr.                               Case No.  13-05179-dd

Debtor.                                                      Chapter  7

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

|   | |
|---|---|
| ___ | Voluntary Petition (Specify reason for amendment) _____ |
| ___ | Summary of Schedules |
| ___ | Schedule A - Real Property |
| ___ | Schedule B - Personal Property |
| ___ | Schedule C - Property Claimed as Exempt |
| ✓ | Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders |
|    |     ✓ Add/Delete creditor(s), change amount or classification of debt - $30.00 fee required |
|    |     ___ Add/change address of already listed creditor - No Fee |
| ___ | Schedule G - Executory Contracts and Unexpired Leases |
| ___ | Schedule H - Codebtors |
| ___ | Schedule I - Current Income of Individual Debtor(s) |
| ___ | Schedule J - Current Expenditures of Individual Debtor(s) |
| ___ | Declaration Regarding Schedules |
| ___ | Statement of Financial Affairs and/or Declaration |
| ___ | Chapter 7 Individual Debtor's Statement of Intention |
| ___ | Disclosure of Compensation of Attorney for Debtor |
| ___ | Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C) |
| ___ | Certification of Credit Counseling |
| ✓ | Other:  Amended Sched. F to add one creditor (Midland Loan Services) |

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee.

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 11/6/2013      s/ Stancel E Kirkland, Sr.     *Stcl E Kirkland, Sr.*
                     Stancel E Kirkland, Sr.
                     Debtor

B6F (Official Form 6F) (12/07)

In re **Stancel E Kirkland, Sr.**                                   Case No. **13-05179-dd**
                    **Debtor**                                              **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adams and Reese, LLC**<br>**P.O. Box 2285**<br>**Columbia, SC  29202** | | | **Legal fees** | | | | **2,046.00** |
| ACCOUNT NO.<br>**Ameris Bank**<br>**1333 Main Street, Suite 200**<br>**Columbia, SC  29201** | | | **Confession of Judgment (funds provided to Bull Point, LLC)** | | | | **25,000.00** |
| ACCOUNT NO.<br>**Anant Raut, Personal Rep. of Estate of Dr. Premanand S. Raut**<br>**1208 N. Danville Street**<br>**Arlington, VA  22201** | | | **Notice only** | | | | **0.00** |
| ACCOUNT NO.<br>**Automatic Cash, LLC**<br>**Attn. Jerry Eddins**<br>**2018 Charleston Hwy.**<br>**Cayce, SC  29033** | | | | | | | **291,201.11** |
| ACCOUNT NO.<br>**Bank of America**<br>**c/o Hamilton Osborn, Esq.**<br>**Haynesworth, SInkler & Boyd, PA**<br>**1201 Main St., 22nd Floor**<br>**Columbia, SC  29201** | | | **Home at 10 Governor Blake Court, Beaufort, SC, in  name of Debtor's wife only. In foreclosure. Debtor is on mortgage.** | | | | **770,000.00** |

_5_   Continuation sheets attached

Subtotal ➢ $ **1,088,247.11**

Total ➢ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stancel E Kirkland, Sr.**                                                                  Case No. **13-05179-dd**
                                              **Debtor**                                                               **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0259**<br>**Bank of America**<br>**P.O. Box 26012**<br>**Greensboro, NC 27420** | | | **Deficiency on surrendered Mercedes Benz R350.**<br>**(Interoffice NC 41050259)** | | | | **3,400.00** |
| ACCOUNT NO.<br>**Beaufort County Treasurer**<br>**P.O. Drawer 487**<br>**Beaufort, SC 29901** | | | **2012 real estate taxes (Huspah Group, LLC)** | | | | **2,925.00** |
| ACCOUNT NO.<br>**Branch Banking and Trust Co.**<br>**309 Columbia Ave.**<br>**Lexington, SC 29072-2664** | | | **Business Loan (debtor, his wife, and 4 other guarantors)** | | | | **425,000.00** |
| ACCOUNT NO.<br>**Branch Banking and Trust Co.**<br>**309 Columbia Avenue**<br>**Lexington, SC 29072-2664** | | | **Business Loan (debtor, his wife, and 4 other guarantors)** | | | | **100,000.00** |
| ACCOUNT NO.<br>**Buckfield Plantation and Hollingsworth Funds, Inc.**<br>**c/o Smith, Moore, Leatherwood, LLP**<br>**500 E. McBee Ave., Suite 500**<br>**Greenville, SC 29601** | | | **Confession of Judgment in the matter of Buckfield Plantation, LLC and Hollingsworth Funds, Inc. v. Bindon Plantation, et al., 2010-CP-07-3598, Court of Common Pleas, Beaufort County** | | | | **128,100.00** |

_5_ Continuation sheets attached

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **659,425.00**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stancel E Kirkland, Sr.**        Case No. **13-05179-dd**
                **Debtor**                                     **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bull Point Property Owners Assoc.**<br>**114 Barnaby Bluff**<br>**Seabrook, SC 29940** | | | **POA annual fees for Lot 47, Bull Point (foreclosed)** | | | | **4,000.00** |
| ACCOUNT NO. **2070**<br>**Chase Card Member Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | | **Business Credit Card** | | | | **19,624.00** |
| ACCOUNT NO.<br>**Coastal States Bank**<br>**P.O. Box 8047**<br>**Hilton Head Island, SC 29938** | | | **Confession of Judgment** | | | | **90,169.00** |
| ACCOUNT NO.<br>**Congaree State Bank**<br>**1201 Knox Abbott Drive**<br>**Cayce, SC 29033** | | | **Deficiency Judgment in the matter of Congaree State Bank v. GSK, LLC, et al.** | | | | **10,035.00** |
| ACCOUNT NO.<br>**Enterprise Bank of SC**<br>**c/o Nelson Mullins Riley & Scarboro**<br>**P.O. Box 11070**<br>**Columbia, SC 29211** | | | **Judgment in the matter of Enterprise Bank of SC v. Colleton Properties, et al., 2012-CP-15-471, Court of Common Pleas, Colleton County** | | | | **4,031,356.00** |

         5   Continuation sheets attached

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal ➢ $ **4,155,184.00**

                         Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stancel E Kirkland, Sr.**                                                    Case No. **13-05179-dd**
                                    **Debtor**                                                                    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3001**  **Equilease Financial Services, Inc.**  **50 Washington St., 10th Floor**  **S. Norwalk, CT  06854** | | | **Deficiency from repossessed equipment leased by Combahee River Preserve (debtor was guarantor)** | | | | **114,042.00** |
| ACCOUNT NO.  **1568**  **First Federal  Bank**  **P.O. Box 4008**  **Charleston, SC  29423-0008** | | | **Home at 2421 Owl Circle, W. Columbia, SC.  Home in Debtor's wife name only. Debtor is on  mortgage. Value of home approx. $215,000.** | | | | **212,000.00** |
| ACCOUNT NO.  **German American Capital Corp.**  **c/o Julio E. Mendoza, Esq.**  **P.O. Drawer 2426**  **Columbia, SC  29202** | | | **Judgment in the matter of German American Capital Corp. v. Raut, et al., 2012-CP-07-04048** | | | | **1,653,071.00** |
| ACCOUNT NO.  **Godley, Margaret K.**  **30 Summit Place**  **Columbia, SC  29204-2401** | | | **personal loan** | | | | **35,000.00** |
| ACCOUNT NO.  **Greenbrier Financial Services**  **c/o Carroll McGee**  **560 Meeting Street**  **West Columbia, SC  29169** | | | **personal loan** | | | | **5,000.00** |

        5    Continuation sheets attached

Sheet no.  3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **2,019,113.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stancel E Kirkland, Sr.**        Case No. **13-05179-dd**

      **Debtor**        **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Loadholt, Miles, Esq.** <br> **P.O. Box 365** <br> **Barnwell, SC  29812** | | | **Notice only. Co-defendant in Enterprise Bank v. Colleton Properties, 2012-CP-15-471, Court of Common Pleas, Colleton County** | | | | **0.00** |
| ACCOUNT NO. <br> **MF South Carolina 1, LLC** <br> **c/o Clawson and Staubes, LLC** <br> **126 Seven Farms Dr., Ste. 200** <br> **Charleston** | | | **related to foreclosure of Lot 47, Bull Point, limited to $5,000 as to debtor's wife.** | | | | **210,681.88** |
| ACCOUNT NO. <br> **Midland Loan Services** <br> **A PNC Real Estate Business** <br> **P.O. Box 25965** <br> **Shawnee Mission, KS  66225** | | | **Bull Point Subdivision PH IV, Lots 242-246.** | | | | **5,818,885.46** |
| ACCOUNT NO. <br> **Robinson, Ralph C, Jr., Esq.** <br> **Callison, Tighe & Robinson** <br> **P.O. Box 1390** <br> **Columbia, SC  29202** | | | **legal fees** | | | | **4,500.00** |
| ACCOUNT NO. <br> **Roof and WIlliams, P.A., CPA** <br> **1148 Silstar Road** <br> **West Columbia, SC  29170** | | | **Accounting fees (numerous companies)** | | | | **10,000.00** |

      5 Continuation sheets attached

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **6,044,067.34**

Total ➢ $

(Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stancel E Kirkland, Sr.**                                          Case No. **13-05179-dd**
                    **Debtor**                                                      **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SC Bank and Trust, NA**<br>**520 Gervais Street**<br>**Columbia, SC  29201** | | | **Deficiency judgment in the matter of SCB&T v. Shealy Estates and Stancel Kirkland, 2010-CP-07-1768, Court of Common Pleas, Beaufort County** | | | | **219,930.00** |
| ACCOUNT NO.<br>**VFC Partners 10, LLC**<br>**c/o William T. Dawson, Esq.**<br>**P.O. Box 999**<br>**Charleston, SC  29402** | | | **Deficiency Judgment arising from VFC Partners 10, LLC v. Egret Island Partnership (debtor signed guarantee)** | | | | **104,107.67** |
| ACCOUNT NO.<br>**Wolfson, Robert L.**<br>**166 Bull Point Drive**<br>**Seabrook, SC  29940** | | | **Protection counter claim vs. Kirkland in lawsuit and any causes of legal action by Wolfson arising out of business dealings with Wolfson** | | | | **0.00** |

_5_ Continuation sheets attached

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **324,037.67**

Total ➢ $ **14,290,074.12**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of South Carolina

In re **Stancel E Kirkland, Sr.**,
Debtor

Case No. **13-05179-dd**

Chapter **7**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 45,000.00 | | |
| B - Personal Property | YES | 4 | $ 4,725.74 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 41,870.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 14,290,074.12 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,858.50 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 8,225.58 |
| TOTAL | | 20 | $ 49,725.74 | $ 14,331,944.12 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
# District of South Carolina

In re **Stancel E Kirkland, Sr.**, Debtor

Case No. **13-05179-dd**
Chapter **7**

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,858.50 |
| Average Expenses (from Schedule J, Line 18) | $ 8,225.58 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 6,870.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 14,290,074.12 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 14,296,944.12 |

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | Case No. 13-05179-dd |
|---|---|
| Stancel E. Kirkland, Sr., | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned, Elke Watkins, hereby states that she mailed a copy of the § 341 Notice to creditors which have been added by amendment, as follows:

Midland Loan Services
A PNC Real Estate Business
P.O. Box 25965
Shawnee Mission, KS  66225

by placing same in the United States Post Office, postage prepaid, on November 12, 2013.

*/s/ Elke Watkins*
Elke Watkins, Bankruptcy Paralegal
Anderson & Associates, P.A.
P. O. Box 76
Columbia, SC  29202
(803) 252-8600